[No. 68147-8-I.   Division One.   August 5, 2013.]

*In the Matter of the Detention of* DARIN DILLINGHAM.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-08621-9, Ronald L. Castleberry, J., entered December 6, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Dwyer, JJ.

[No. 68239-3-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RAY LITTLEBEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01094-7, Ira Uhrig, J., entered January 10, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

[No. 68379-9-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00649-9, Jeffrey M. Ramsdell, J., entered February 16, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 68575-9-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. T.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01757-7, Bruce W. Hilyer, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Lau and Spearman, JJ.